MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
DANIELLE CARTER, Special Assistant United States Attorney (#319442 CA)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED
2026 MAY 26
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | |
| FORTINO DIAZ-SANTOS, | : | (ELUDING EXAMINATION OR INSPECTION BY IMMIGRATION OFFICERS) |
| Defendant. | : | Case: 2:26−po−00353<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 5/27/2026<br>Description: USA v. Diaz−Santos |

The United States Attorney charges:

COUNT I

That the defendant herein,

FORTINO DIAZ-SANTOS,

an alien, between on or about April 21, 2016, until May 25, 2026, did knowingly elude examination and inspection by immigration officers until his apprehension on or

about May 25, 2026, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 26th day of May 2026.

MELISSA HOLYOAK
First Assistant United States Attorney

For: ______________________________
DANIELLE CARTER
Special Assistant United States Attorney